# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORROW-MEADOWS CORPORATION, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL INC. and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. 2:22-cv-05716-AB-SK<br><br>Honorable Andre Birotte, Jr.<br><br>[~~PROPOSED~~] ORDER DISMISSING COMPLAINT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)<br><br>Complaint Filed:   July 6, 2022 |

In light of the Parties' Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  October 18, 2023           By:  *[signature]*
_____
André Birotte Jr.
United States District Judge

1

Case No. 2:22-cv-05716-AB-SK

164191009v1